BENEFICIAL NEW YORK, INC., Appellant, v JERRY HUNTER, Respondent. [879 NYS2d 780]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered January 15, 2008 in an action for breach of contract. The order granted the motion of defendant to vacate a default judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.